## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**IN RE:**                                      **MDL Case Number: 13-MD-2434 (CS)**

**MIRENA IUD PRODUCTS**
**LIABILITY LITIGATION**


*This Documents Relates To The Following*
*Action:*

*Garcia, et. al. v. Bayer Healthcare*
*Pharmaceuticals, Inc., et al. Case No:*
*7:15-cv-03173*

_____

## NOTICE OF APPEARANCE

    I have been previously admitted to practice in this court pro hac vice, in reference to

Mirena MDL No. 2434-CS. Please enter the appearance of James G. O'Brien at Zoll & Kranz,

LLC, as counsel for said Plaintiffs.



                         ___*s/ James G. O'Brien*_____
                         James G. O'Brien (0088460)
                         *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was electronically filed through the Court's Electronic Case Filing (ECF) System on September 14, 2015. All parties may access this filing through that system.

_s/ James G. O'Brien_
James G. O'Brien (0088460)
_Counsel for Plaintiffs_